1

Jeffrey I. Hasson                                    The Honorable Ronald B. Leighton
Attorney at Law

2

Davenport & Hasson, LLP
12707 NE. Halsey Street

3

Portland, OR  97230
Phone: (503) 255-5352

4

Facsimile No.: (503) 255-6124
E-Mail: hasson@dhlaw.biz

5

Washington State Bar No. 23741

6

        Attorney for Columbia Collectors, Inc. dba CCI Billing Systems

7

8

9

10

                         UNITED STATES DISTRICT COURT

11

                    WESTERN DISTRICT OF WASHINGTON

12

                                  AT TACOMA

13

MICHELLE ECHLIN FKA MICHELLE            Case No.: 3:12-CV-05878-RBL
SIMKINS, on behalf of herself and all others

14

similarly situated,                     DECLARATION OF JEFFREY I. HASSON

15

                          Plaintiffs,

16

vs.

17

COLUMBIA COLLECTORS, INC. DBA CCI
BILLING SYSTEMS,

18

                          Defendant.

19

20

        I, Jeffrey I. Hasson, hereby declare and state:

21

        I am an attorney at law duly licensed and authorized to practice law in the State of

22

Washington, and the United States District Court for the Western District of Washington.  I am a

23

partner at Davenport & Hasson, LLP, and I am the attorney primarily responsible for the handling

24

of the above matter.  I make the following declaration based upon my own personal knowledge, and

25

could competently testify as such if called as a witness.

26

        On November 21, 2012, Defendant Columbia Collectors, Inc. sent Plaintiff through its

DECLARATION OF JEFFREY I. HASSON - 1
Case No. 3:12-CV-05878-RBL

DAVENPORT & HASSON, LLP
Attorneys at Law
12707 NE. Halsey Street
Portland, OR  97230
Telephone No. (503) 255-5352
Facsimile No. (503) 255-6124

1  counsel an Offer of Judgment ("the Offer") pursuant to *FRCP 68.* A copy is attached as Exhibit

2  "1", and a copy of the mailing certificate is set forth on the last page of Exhibit "1".

3      As of December 1, 2012, 10 days after service was provided, Defendant received no written

4  notice that Plaintiff had accepted the Offer.

5      I declare under penalty of perjury under the laws of the State of Washington that the

6  foregoing is true and correct:

7      Dated:  December 19, 2012 at Portland, Oregon.

8
    s/ Jeffrey I. Hasson
    Jeffrey I. Hasson, WSBA No. 23741
9   Davenport & Hasson, LLP
    12707 NE Halsey St.
10  Portland, OR 97230
    Telephone:  (503) 255-5352
11  Fax:  (503) 255-6124
    E-Mail:  hasson@dhlaw.biz
12
    ***Attorney for Columbia Collectors, Inc. dba CCI***
13  ***Billing Systems***

r

14

15

16

17

18

19

20

21

22

23

24

25

26

DECLARATION OF JEFFREY I. HASSON - 2
Case No. 3:12-CV-05878-RBL

**DAVENPORT & HASSON, LLP**
Attorneys at Law
12707 NE. Halsey Street
Portland, OR  97230
Telephone No. (503) 255-5352
Facsimile No. (503) 255-6124

# EXHIBIT

# 1.

1  Jeffrey I. Hasson
   Attorney at Law
2  Davenport & Hasson, LLP
   12707 NE. Halsey Street
3  Portland, OR  97230
   Phone: (503) 255-5352
4  Facsimile No.: (503) 255-6124
   E-Mail: hasson@dhlaw.biz
5  Washington State Bar No. 23741

6       Attorney for Columbia Collectors, Inc. dba CCI Billing Systems

7

8

9

10                 UNITED STATES DISTRICT COURT

11               WESTERN DISTRICT OF WASHINGTON

12                         AT TACOMA

13  MICHELLE ECHLIN FKA MICHELLE        Case No.: 3:12-CV-05878-RBL
    SIMKINS,
14                                      COLUMBIA COLLECTORS, INC. DBA CCI
                              Plaintiff, BILLING SYSTEMS'S OFFER OF
15                                      JUDGMENT
    vs.
16
    COLUMBIA COLLECTORS, INC. DBA CCI
17  BILLING SYSTEMS,

18                            Defendant.

19       Columbia Collectors, Inc. dba CCI Billing Systems ("CCI"), defendant in the above

20  entitled Action, on behalf of itself, and its employees, by and through Jeffrey I. Hasson, its

21  attorney of record, offers, pursuant to FRCP 68 to allow Judgment in favor of plaintiff against

22  CCI to be entered in the amount of One Thousand Five hundred and 00/100ths Dollars

23  ($1,500.00), plus costs, disbursements and reasonable attorney's fees as determined by the Court.

24  FRCP 68 provides, *inter alia*, that this offer is automatically withdrawn if it is not accepted

25  within ten (10) days of service.

26

COLUMBIA COLLECTORS, INC. DBA CCI BILLING        DAVENPORT & HASSON, LLP
SYSTEMS'S OFFER OF JUDGMENT - 1                        Attorneys at Law
Case No. 3:12-CV-05878-RBL                          12707 NE. Halsey Street
                                                     Portland, OR  97230
                                               Telephone No. (503) 255-5352
                                               Facsimile No. (503) 255-6124
DECLARATION OF JEFFREY I. HASSON - 4
Case No. 3:12-CV-05878-RBL

1    This offer does not settle any claims being collected by CCI against plaintiff.

2    Dated: November 21, 2012.

3                                                    DAVENPORT & HASSON, LLP

4                                                    s/ Jeffrey I. Hasson
                                                     Jeffrey I. Hasson, WSBA#23741
5                                                    Attorney for CCI

6
     Plaintiff accepts CCI's Offer of Judgment and agrees to compromise of the amounts due
7
     herein by entry of judgment in favor of plaintiff and against CCI in the amount of One Thousand
8
     Five Hundred and 00/100ths Dollars ($1,500.00), plus costs, disbursements and reasonable
9
     attorney's fees as determined by the Court.
10
     This offer does not settle any claims being collected by CCI against plaintiff.
11
     Dated:_____.
12

13                                                   _____
                                                     Jon N. Robbins, WSBA#28991
                                                     Weisberg & Meyers, LLC
14                                                   Attorney for Plaintiff

15

16

17

18

19

20

21

22

23

24

25

26

COLUMBIA COLLECTORS, INC. DBA CCI BILLING
SYSTEMS'S OFFER OF JUDGMENT - 2
Case No. 3:12-CV-05878-RBL

DECLARATION OF JEFFREY I. HASSON - 5
Case No. 3:12-CV-05878-RBL

DAVENPORT & HASSON, LLP
Attorneys at Law
12707 NE. Halsey Street
Portland, OR  97230
Telephone No. (503) 255-5352
Facsimile No. (503) 255-6124

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

CERTIFICATE OF SERVICE

I hereby certify that I served a true and complete copy of the foregoing Offer of Judgment

on November 21, 2012 to;

Jon N. Robbins
Weisberg & Meyers, LLC
3877 N. Deer Lake Rd.
Loon Lake, WA 99148

[ x ]  Via First Class Mail

[   ]  Via Facsimile

[   ]  Via Hand Delivery

[ x ]  Via Electronic Mail to jrobbins@AttorneysForConsumers.com

DATED November 21, 2012

DAVENPORT & HASSON, LLP

s/ Jeffrey I. Hasson
WSBA No. 23741
Davenport & Hasson, LLP
12707 NE Halsey St.
Portland, OR 97230
Telephone:  (503) 255-5352
Fax:  (503) 255-6124
E-Mail:  hasson@dhlaw.biz

*Attorney for Columbia Collectors, Inc. dba CCI Billing Systems*

CERTIFICATE OF SERVICE - 1
Case No. 3:12-CV-05878-RBL

DAVENPORT & HASSON, LLP
Attorneys at Law
12707 NE. Halsey Street
Portland, OR  97230
Telephone No. (503) 255-5352
Facsimile No. (503) 255-6124

DECLARATION OF JEFFREY I. HASSON - 6
Case No. 3:12-CV-05878-RBL

1

Certificate of Service

2

       I hereby certify that on <u>December 19, 2012</u>, I electronically filed the foregoing with the
Clerk of the Court using the CM/ECF System which will send notification of such filing to the

3

following: <u>Jon N. Robbins </u>and I hereby certify that I have mailed by United States Postal Service
the document to the following non-CM/ECF participants:

4

5

                                 <u>s/ Jeffrey I. Hasson           </u>
                                 Jeffrey I. Hasson, WSBA No. 23741

6

                                 Attorney for Columbia Collectors, Inc. dba CCI
Billing Systems

7

                                 Davenport & Hasson, LLP
12707 NE Halsey St.

8

                                 Portland, OR 97230
Phone: (503) 255-5352

9

                                 Facsimile: (503) 255-6124
E-Mail: hasson@dhlaw.biz

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

CERTIFICATE OF SERVICE - 1
Case No. 3:12-CV-05878-RBL

**DAVENPORT & HASSON, LLP**
Attorneys at Law
12707 NE. Halsey Street
Portland, OR  97230
Telephone No. (503) 255-5352
Facsimile No. (503) 255-6124