## UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| MICHELLE ECHLIN,<br><br>                    Petitioner,<br><br>    v.<br><br>COLUMBIA COLLECTORS, INC.,<br><br>                    Defendant. | **JUDGMENT IN A CIVIL CASE**<br><br>CASE NUMBER: C12-5878RBL |

☐   **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

XX   **Decision by Court**. This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

THE COURT HAS ORDERED THAT

Columbia's Rule 12(b)(1) Motion is GRANTED.  This matter is DISMISSED.

Dated: March 12, 2013

                                                  William M. McCool
                                                  Clerk

                                                  /Deputy Clerk