Hon. Ronald B. Leighton

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**AT TACOMA**

| | |
|---|---|
| **MICHELLE ECHLIN F/K/A MICHELLE SIMKINS**, on behalf of herself and all others) similarly situated, <br><br> Plaintiff, <br><br>     vs. <br><br> **COLUMBIA COLLECTORS, INC. D/B/A CCI BILLING SYSTEMS,** <br><br> Defendant. | Case No. 3:12-cv-05878-RBL <br><br> **PLAINTIFF'S REPLY IN SUPPORT OF HER MOTION TO CLARIFY AND RECONSIDER THIS COURT'S MARCH 7, 2013 ORDER** |

This Court explained that it "is convinced . . . [Ms. Echlin's] claim of actual damages in her initial complaint was sufficient, and the Offer of Judgment for $1500 plus fees and costs was not necessarily 'more than [Ms. Echlin] could recover' at trial, absent her subsequent amendment." Dkt # 28, pp.1-2. It then noted that "[Ms. Echlin's] rejection of that Offer did not make the claim in her initial complaint moot." *Id*., p.2. Ms. Echlin's original complaint, therefore, presented "live" issues from the time that it was filed, until the time Ms. Echlin's amended class action complaint superseded it as the operative complaint in this matter.[1] *See*

---

[1]     The moment that Ms. Echlin filed her amended class action complaint it simultaneously superseded her original complaint, and became the operative complaint in this matter. *See Loux v. Rhay*, 375 F.2d 55, 57 (9th Cir. 1967) ("amended complaint supersedes the original, the latter being treated thereafter as non-existent") *overruled, on other grounds, by Lacey v. Maricopa County*, 693 F.3d 896 (9th Cir. 2012).

Reply in Support of Motion to Clarify and Reconsider this Court's March 7, 2013 Order - 1

WEISBERG & MEYERS, LLC
3877 N. Deer Lake Rd.
Loon Lake, WA 99148
509-232-1882
866-565-1327 facsimile
jrobbins@AttorneysForConsumers.com

Dkt # 19, pp.6-13. In other words, at no point in time did Columbia's offer of judgment moot Ms. Echlin's original complaint.[2]

This Court also explained that "a defendant cannot make a representative Plaintiff's class claim moot by making a Rule 68 Offer of the statutory maximum—even where she seeks only statutory damages." Dkt # 28, p.2. Because Ms. Echlin's amended class action complaint asserts a claim for relief on behalf of a class, Columbia's offer of judgment—even if it had not expired before Ms. Echlin filed her amended class action complaint—could not moot her amended class action complaint. *See* Dkt # 19, pp.13-16.

Simply, at all times Ms. Echlin asserted either a claim for actual damages, or a claim on behalf of a class. Consequently, no matter the timing of Columbia's offer of judgment, it neither did, nor could moot either Ms. Echlin's original complaint, or her amended class action complaint. The "unusual chronology of this case," *see* Dkt # 28, p.2, therefore, is irrelevant to the issue currently before this Court.

Respectfully submitted this 29th day of March, 2013.

s/Aaron D. Radbil
Aaron D. Radbil (*pro hac vice*)
WEISBERG & MEYERS, LLC
5025 N. Central Ave., #602
Phoenix, AZ 85050
888-595-9111 ext 122
866-565-1327 facsimile
aradbil@attorneysforconsumers.com
Attorneys For Plaintiff

Jon N. Robbins (WSB# 28991)
WEISBERG & MEYERS, LLC

---

[2]    Noteworthy, Columbia moved to dismiss Ms. Echlin's amended class action complaint; it did not move to dismiss Ms. Echlin's original complaint. Dkt # 10 ("Defendant, Columbia Collectors, Inc. ("CCI") moves this court for an order dismissing the above-entitled action pursuant to *FRCP 12 (b) (1)* because [Ms. Echlin's] First Amended Complaint (ECF No. 9) (FAC) is moot.").

WEISBERG & MEYERS, LLC
3877 N. Deer Lake Rd.
Loon Lake, WA 99148
509-232-1882
866-565-1327 facsimile
jrobbins@AttorneysForConsumers.com

3877 N. Deer Lake Rd.
Loon Lake, WA 99148
509-232-1882
866-565-1327 facsimile
jrobbins@AttorneysForConsumers.com
Attorneys for Plaintiff

## <u>CERTIFICATE OF SERVICE</u>

I certify that on March 29, 2013, the foregoing document was filed with the court using CM/ECF, which will send notification of such filing to:

Jeffrey I. Hasson
Davenport & Hasson LLP
12707 NE Halsey Street
Portland OR 97230
hasson@dhlaw.biz

<u>s/Aaron Radbil</u>
Aaron Radbil

WEISBERG & MEYERS, LLC
3877 N. Deer Lake Rd.
Loon Lake, WA 99148
509-232-1882
866-565-1327 facsimile
jrobbins@AttorneysForConsumers.com