Hon. Ronald B. Leighton

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**AT TACOMA**

| | |
|---|---|
| **MICHELLE ECHLIN F/K/A MICHELLE SIMKINS**, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>     vs.<br><br>**COLUMBIA COLLECTORS, INC. D/B/A CCI BILLING SYSTEMS,**<br><br>Defendant. | Case No. 3:12-cv-05878-RBL<br><br>**PLAINTIFF'S NOTICE OF APPEAL** |

Notice is hereby given that Plaintiff, Michelle Echlin, on behalf of herself and others similarly situated, hereby appeals to the United States Court of Appeals for the Ninth Circuit from (1) this Court's March 7, 2013 order granting Defendant, Columbia Collectors, Inc.'s motion to dismiss, Document 24, attached as Exhibit A, (2) this Court's March 11, 2013 judgment, Document 25, attached as Exhibit B, and (3) this Court's April 9, 2013 order denying Ms. Echlin's motion for reconsideration. Document 31, attached as Exhibit C.

WEISBERG & MEYERS, LLC
3877 N. Deer Lake Rd.
Loon Lake, WA 99148
509-232-1882
866-565-1327 facsimile
jrobbins@AttorneysForConsumers.com

Respectfully submitted this 26th day of April, 2013.

s/Aaron D. Radbil
Aaron D. Radbil (*pro hac vice*)
WEISBERG & MEYERS, LLC
5025 N. Central Ave., #602
Phoenix, AZ 85050
888-595-9111 ext 122
866-565-1327 facsimile
aradbil@attorneysforconsumers.com
Attorneys For Plaintiff

Jon N. Robbins (WSB# 28991)
WEISBERG & MEYERS, LLC
3877 N. Deer Lake Rd.
Loon Lake, WA 99148
509-232-1882
866-565-1327 facsimile
jrobbins@AttorneysForConsumers.com
Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

I certify that on April 26, 2013, the foregoing document was filed with the court using CM/ECF, which will send notification of such filing to:

Jeffrey I. Hasson
Davenport & Hasson LLP
12707 NE Halsey Street
Portland OR 97230
hasson@dhlaw.biz

s/Tara St. Angelo
Tara St. Angelo

WEISBERG & MEYERS, LLC
3877 N. Deer Lake Rd.
Loon Lake, WA 99148
509-232-1882
866-565-1327 facsimile
jrobbins@AttorneysForConsumers.com